IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **FREDERICK BANKS,** | : | CIVIL ACTION NO. 1:21-CV-807 |
| Petitioner | : | (Judge Conner) |
| v. | : | |
| **M. THOMPSON, WARDEN FCI ALLENWOOD LOW,** | : | |
| Respondent | : | |

### ORDER

AND NOW, this 5th day of October, 2021, upon consideration of the petition (Doc. 1) for writ of habeas corpus pursuant to 28 U.S.C. § 2241, and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

1. The petition (Doc. 1) for writ of habeas corpus is DISMISSED without prejudice.

2. The Clerk of Court is directed to CLOSE this case.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner
United States District Judge
Middle District of Pennsylvania